CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Nakaiya Kylor Kerr**<br>DOB: 1996; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-3651MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:
On or about June 16, 2026, in the District of Arizona, **Nakaiya Kylor Kerr**, knowing and in reckless disregard of the fact that certain illegal aliens, including Natalia Anastacio-Antonio, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), and 1324(a)(1)(B)(i)**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:
On June 16, 2026, in the District of Arizona (Naco), Border Patrol Agents (BPAs) were performing surveillance of the canyons near the Huachuca Mountain Range because there was a suspected illegal alien that was outstanding in the area from the night prior. At approximately 10:50 a.m., the Brian A. Terry Border Patrol Station Tactical Operations Center advised that a silver 2021 Honda Accord entered Stoneridge Road. BPAs assigned to the intelligence unit followed the Accord before it turned onto Stoneridge Road and advised that the vehicle was registered out of Peoria, Arizona. Stoneridge Road is a common alien smuggling load-up location. The Accord was observed doing a loop from Stoneridge Road to Twin Oaks before turning east on Ash Canyon Road towards State Route (SR) 92. This travel pattern is consistent with smuggling activities. The Accord turned north on SR 92 and at approximately 10:55 a.m., BPAs observed the vehicle passing their location. BPAs initiated a vehicle stop and the Accord yielded near mile marker 331 on SR 92. As BPAs approached the Accord, they observed several individuals in the rear seats attempting to conceal themselves with a blanket. BPAs ordered the driver, identified as **Nakaiya Kylor Kerr**, to turn the vehicle off and asked him if there were any weapons in the vehicle. **Kerr** stated that there was a pistol in the driver's side door and BPAs secured the firearm. An immigration inspection was performed on the individuals in the rear seats, including Natalia Anastacio-Antonio, and BPAs determined them to be citizens of Mexico illegally present in the United States. Record checks revealed that Natalia Anastacio-Antonio does not possess the proper documentation to enter, pass through, or remain in the United States. **Kerr** was determined to be a United States citizen.

Material witness Natalia Anastacio-Antonio stated that she is a citizen of Mexico and that she does not know how much money she would have to pay to be smuggled into the United States. She crossed the border with one other individual and arrived at a road. The other individual knew what type of vehicle would be picking them up. A gray four-door car arrived at their location, and she and the other individual entered the vehicle. Anastacio-Antonio described the driver of the vehicle as a white male. After entering the vehicle, they were soon pulled over by BPAs.

MATERIAL WITNESS IN RELATION TO THE CHARGE: Natalia Anastacio-Antonio

| Detention Requested | SIGNATURE OF COMPLAINANT |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | OFFICIAL NAME and TITLE<br>Nick Piccolo<br>Border Patrol Agent |
| **Sworn by telephone** x | |
| SIGNATURE OF MAGISTRATE JUDGE[1)] | DATE<br>June 17, 2026 |

[1)] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Enderle